UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CARLOS A. ARCHIBEQUE,

    Plaintiff,

v.

T-MOBILE USA, INC. and STANDARD
INSURANCE COMPANY, a/k/a THE
STANDARD,

    Defendants.

Case No.  1:14-cv-00689-KG-SCY

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Joint Motion to Dismiss With Prejudice brought by Plaintiff Carlos A. Archibeque and Defendants T-Mobile USA, Inc. and Standard Insurance Company and the Court having reviewed the Joint Motion and being otherwise fully advised, finds that good cause for the Joint Motion exists and it should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims brought or that could have been brought in this action between Plaintiff Carlos A. Archibeque and Defendants T-Mobile USA, Inc. and Standard Insurance Company are dismissed with prejudice.  The parties are to bear their own costs.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

LEWIS ROCA ROTHGERBER LLP


By  */s/ Todd D. Erb*
   Ross L. Crown
   Todd D. Erb
   Attorneys for Defendant Unum Life
   Insurance Company of America
   201 Third St NW, Suite 1950
   Albuquerque, NM  87102
   (505) 764-5400



 */s/ Victor Roybal, Jr. (with permission)*
Victor Roybal, Jr.
230 Adams St. S.E., Suite A
Albuquerque, NM  87108
(505) 265-5805
Attorney for Plaintiff